# WAL★MART *Puerto Rico, Inc.*



## CONTRATO DE EMPLEO TEMPORERO

Nombre: Angel L. Negron
Dirección: Calle Villa 119 Apt. #8
Ponce PR. 00731
Posición: 09          Salario P/H: $5.40
Responsable A: Ray Santiago
Fecha de Efec.: 9-29-97
Núm. Establecimiento: 2026

## CONDICIONES DE EMPLEO

1. Su empleo temporero es por un periodo de ____ días, comenzando el día 29 de Sept de 19 97 y concluyendo el día 10 de Enero de 19 98. La compañia podrá dar por terminado este contrato antes de la fecha indicada por razones económicas, por no desempeñar satisfactoriamente su trabajo, por escases de trabajo, y/o por cualquier otra razón que la compañia estime pertinente.

2. Usted deberá cumplir con las normas y reglamentos de la compañia que se encuentren en vigor, y con cualquier otra norma y reglamento que la compañia estime pertinente.

3. Usted deberá trabajar de acuerdo al horario de trabajo especificado y segun le sea requerido por la compañia.

4. Usted esta conciente y de acuerdo en recibir cualquier adiestramiento que la compañia estime pertinente para mejorar sus destrezas y conocimiento del trabajo.

5. De aceptar usted estas condiciones de empleo, mediante su firma al final de este contrato, queda usted empleado con carácter de empleo temporero basado en los días y horario de trabajo que le sea asignado.

## WAL★MART PUERTO RICO, INC.
POR. _____

Por la presente hago constar que acepto el empleo bajo el salario y condiciones antes señaladas, y que he recibido una copia fiel y exacta de este contrato.

Angel L. Negron                              9-19-97
FIRMA ASOCIADO                               FECHA

[CERTIFIED TRANSLATION]

## WAL*MART Puerto Rico, Inc.

### TEMPORARY EMPLOYMENT CONTRACT

| | |
|---|---|
| Name | : *Ángel L. Negrón* |
| Address | : *119 Villa Street, Apt. #8* |
| Position | : *09*     Wage P/H *$5.40* |
| Responds to | : *Ray Santiago* |
| Effective Date | : *9-29-97* |
| Store No. | : *2026* |

### TERMS AND CONDITIONS OF EMPLOYMENT

1. Your temporary employment is for a period of [blank] days, beginning on *Sept. 29*, 19*97*, and ending on *JANUARY 10*, 19*98*. The company may terminate this contract before the established date due to financial reasons, to your failure to perform your work satisfactorily, to lack of work, and/or to any other reason that the company deems appropriate.

2. You must comply with the rules and regulations of the company that are currently in force, as well as with any other rules or regulations that the company deems appropriate.

3. You must work according to the specified work schedule and as required by the company.

4. You are aware of and agree to receive any training that the company deems appropriate to improve your work skills and knowledge.

5. Upon accepting the foregoing terms and conditions of employment by signing below, you become an employee with a temporary employment contract based on the work days and work schedule that are assigned to you.

**WAL*MART PUERTO RICO, INC.**
BY: *[illegible signature]*

I hereby indicate that I accept the job, with the stipulated wages and conditions, and that I have received a true and exact copy of this contract.

| | |
|---|---|
| *Ángel L. Negrón* | *9-19-97* |
| ASSOCIATE'S SIGNATURE | DATE |

CERTIFICATE OF TRANSLATION INTO ENGLISH

I, Margot A. Acevedo, of legal age, married, a resident of Trujillo Alto, P.R., a professional interpreter/ translator, certified by the Administrative Office of the United States Courts, do HEREBY CERTIFY that I have personally translated the foregoing document and that it is a true and accurate translation to the best of my knowledge and abilities.

In San Juan, Puerto Rico, today, April 18, 2011.

[signature]
Margot A. Acevedo
ATABEX TRANSLATION SPECIALISTS, Inc.